FILED
SEP - 5 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. S1-4:18 CR 1006 SNLJ |
| ) | |
| v. ) | |
| ) | |
| TROY McCOTTRELL, ) | |
| ) | |
| Defendant. | |

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 29, 2018, in St. Louis County within the Eastern District of Missouri, the defendant,

**TROY McCOTTRELL,**

did knowingly and intentionally possess, with the intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

1

## COUNT II

The Grand Jury further charges that:

On or about November 29, 2018, within the Eastern District of Missouri, the defendant,

**TROY McCOTTRELL,**

knowing that he had been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm;

In violation of Title 18, United States Code, Section 922(g) and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT III

The Grand Jury further charges that:

On or about November 29, 2018, in St. Louis County within the Eastern District of Missouri, the defendant,

**TROY McCOTTRELL,**

did knowingly and intentionally use, carry, and possess a firearm in furtherance of a drug trafficking crime, to-wit: possession with the intent to distribute a mixture or substance containing a detectable amount of heroin as charged in Count I.

In violation of Title 18, United States Code, Section 924 (c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT IV

The Grand Jury further charges that:

On or about October 6, 2018, in St. Louis County within the Eastern District of Missouri, the defendant,

**TROY McCOTTRELL,**

2

did knowingly and intentionally distribute a controlled substance to N.P., a person whose identity is known to this Grand Jury, in violation of Title 21, United States Code, Section 841(a)(1), and;

that the death of N.P. resulted from the use of such controlled substance distributed by defendant, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

_____

SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney

3