RECEIVED
MAR 15 2021
BY MAIL

In The United States District Court
For The Eastern District of Missouri

| | |
|---|---|
| United States | |
| V. | CASE # 4:18CR1006-MTS |
| Troy McCottrell | |

### Emergency Motion to Appoint New Counsel

Now comes, Troy McCottrell, Pro-Se, here in after defendant, files this motion to address the ineffective assistance of counsel by Attorney Patrick Kilgore, that has created a complete breakdown in communication and stalled the advocatory process as guaranteed in the Sixth Amendment of the Constitution.

In the case at bar, defendant is scheduled for jury trial on 4/12/21, Attorney Kilgore, has failed to communicate

Page 1

with the defendant, Attorney Kilgore refuses to accept calls, respond to correspondence or family attempting to communicate messages.

Attorney Kilgore has failed to investigate defendants claims of innocence, refused to interview witnesses and negated to have drugs tested for chemical compound comparisons analysis

More disturbingly, Attorney Kilgore, refusal to commit any meaningful laborious actions toward constructing a defensive strategy for jury trial on 4/12/21, are a manifestation of injustice.

Defendant has been incarcerated for over 28 months without any meaningful progress in this case. Subsequently Attorney Kilgore was appointed through the court

Page 2

Attorney Kilgore's performance falls below the objective standards. To prove Ineffective Assistance of Counsel, a movant must show that his attorney's performance was objectively unreasonable and that he was prejudiced as a result Strickland v. Washington, 466 US 668, 687 (1984) To establish prejudice, the movant must show "a reasonable probability that, but for counsel's unprofessional errors the result of the proceedings would have been different" Id. at 694 The standard is highly deferential Id at 689.

In the case at bar, defendant has no means to communicate with counsel. Counsel does not answer calls from County jail. Counsel does not respond to correspondences. Counsel rarely responds to calls from family members.

## Conclusion

Defendant respectfully arges the court to schedule a hearing to provide Attorney Kilgore an opportunity to explain his Ineffectiveness and why clients do not have an Adequate Manner to communicate with him.

Date: 3/11/21

Respectfully Submitted
*Troy McCottrell*
TROY McCOTTRELL

## Certificate of Service

I, Troy McCottrell, certify that a true and correct copy of the enclosed Emergency Motion to Appoint Counsel has been forwarded to: U.S. Attorney's Office
111 S. 10th Street, 20th Floor #333
St. Louis, Mo. 63102

*Troy McCottrell*
TROY McCOTTRELL

Date 3/11/21

Page 4

Troy McCottre II #70491
#5 Basler dr.
Ste. Genevieve, Mo. 63670



RECEIVED
MAR 15 2021
BY MAIL

Deposit Funds, On-line at:
InmateCanteen.com SAINT LOUIS MO 630
12 MAR 2021 PM 10

U.S. POSTAGE >> PITNEY BOWES
ZIP 54022 $ 000.51⁰
02 4W
0000359603

MAILED
STE ...
COU...
DETENTION CENTER

U.S. District Court
Attn: Clerk of Court
111 South 10th st.
St. Louis, Mo. 63102

63102-112599

